# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| JOHN STERLING PETTENGILL, ) | |
| ) | |
| PETITIONER ) | |
| ) | |
| v. ) | CIVIL NO. 1:14-CV-500-DBH |
| ) | |
| PENOBSCOT COUNTY SUPERIOR ) | |
| COURT, ) | |
| ) | |
| RESPONDENT ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On January 26, 2015, the United States Magistrate Judge filed with the court, with a copy to the petitioner, his Recommended Decision on the petitioner's submission of November 20, 2014. The time within which to file objections expired on February 12, 2015, and no objections have been filed. The Magistrate Judge notified the petitioner that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Because the petitioner has failed to prosecute this action and has not satisfied a necessary element of a section 2254 action, the "PETITION FOR APPEAL under HABEAS CORPUS SECTION II Complete Cessation of Due Process" is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 23RD DAY OF FEBRUARY, 2015**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**